1  NATALIE A. PIERCE, Bar No. 191342
   npierce@littler.com
2  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
3  ROXANNA IRAN, Bar No. 273625
   riran@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
5  San Francisco, California 94108.2693
   Telephone:   415.433.1940
6  Facsimile:   415.399.8490

7  Attorneys for Defendant
   BAYSIDE SOLUTIONS, INC.
8
   ERIC M. EPSTEIN, Bar No. 64055
9  emepstein@aol.com
   ERIC M. EPSTEIN, APC
10 1901 Avenue of the Stars, #1100
   Los Angeles, California 90067-6002
11 Telephone:   310.552.5366
   Facsimile:   310.556.8021
12
   Attorneys for Plaintiffs
13 JAMES WARREN ASH, TIMOTHY E. HARRIS,
   DAVID TROY STREVA, TIMOTHY D. BUTLER
14
   *[Counsel Of Record Continued On Following Page]*
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 | JAMES WARREN ASH, TIMOTHY E. HARRIS, DAVID TROY STREVA, AND TIMOTHY D. BUTLER, on behalf of themselves, the general public, and all others similarly situated, | Case No. 3:14-cv-02183-WHO |
   | | **JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING LAWSUIT PENDING COMPLETION OF MEDIATION** |
   | Plaintiffs, | |
   | v. | |
   | BAYSIDE SOLUTIONS, INC., a California corporation, and DOES 1 through 100, inclusive, | |
   | Defendants. | |

1

2  Mark R. Thierman, SBN 72913
   Joshua D. Buck, SBN 258324
3  Thierman Law Firm
   7287 Lakeside Drive
4  Reno, NV 89511
5  775/284-1500

6  Attorneys for Plaintiffs
   JAMES WARREN ASH, TIMOTHY E. HARRIS,
7  DAVID TROY STREVA, AND TIMOTHY D.
   BUTLER
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT STIPULATION AND ORDER
CONTINUING CMC AND STAYING LAWSUIT                                    CASE NO. 3:14-cv-02183-WHO
PENDING MEDIATION ORDER**

1 WHEREAS, Plaintiffs JAMES WARREN ASH, TIMOTHY E. HARRIS, DAVID
2 TROY STREVA, and TIMOTHY D. BUTLER (collectively, "Plaintiffs") filed a Complaint for
3 Damages, Penalties, and Restitution ("Complaint") against Defendant BAYSIDE SOLUTIONS,
4 INC. ("Bayside") in Alameda Superior Court on April 8, 2014;

5 WHEREAS, Bayside was served with the Summons and Complaint on April 11,
6 2014;

7 WHEREAS, Bayside removed this lawsuit to the United States District Court,
8 Northern District of California on May 12, 2014;

9 WHEREAS, in the interest of efficiency and economy, the Parties agree that there is
10 merit in pursuing an early mediation of all issues between the parties;

11 WHEREAS, a case management conference is scheduled for August 12, 2014;

12 WHEREAS, the parties have agreed to voluntarily mediate this lawsuit and have
13 already secured a commitment with respected mediator Michael J. Loeb, Esq. to conduct mediation
14 on October 17, 2014;

15 WHEREAS, in order to have effective discussions and mediate this case, the parties
16 have agreed to an informal exchange of discovery regarding Plaintiffs' claims and Defendant's
17 defenses;

18 WHEREAS, the parties want to engage in the mediation process without the litigation
19 burdens associated with formal discovery and motion practice and have further agreed to seek a stay
20 of the lawsuit in its entirety in an effort to conserve the resources of both the Court and the parties
21 pending the completion of mediation;

22 WHEREAS, the parties have agreed that the aforementioned stay shall encompass the
23 parties' August 12, 2014 Case Management Conference and the joint case management statement;

24 WHEREAS, the parties have agreed that the action shall be stayed until November
25 17, 2014;

26 WHEREAS, the parties agree to continue the case management conference, currently
27 scheduled for August 12, 2014, to November 18, 2014 and file an updated joint status report with the
28 Court on or before November 3, 2014, advising the Court of the status of the mediation;

1  WHEREAS, the parties request is not made for the purpose of delay or any other improper purpose.

THEREFORE, in light of the parties' agreement to proceed to mediation and in an effort to minimize costs, the parties stipulate and agree as follows:

1. The above-captioned lawsuit shall be stayed, in its entirety until November 17, 2014;

2. The parties' August 12, 2014 Case Management Conference shall be continued to November 18, 2014;

3. The parties will submit an updated joint status report to the Court by November 3, 2014 advising the Court of the status of the mediation.

IT IS SO STIPULATED.

Dated: July 31, 2014                           LITTLER MENDELSON, P.C.


*/s/ Natalie A. Pierce*
NATALIE A. PIERCE
KAI-CHING CHA
ROXANNA IRAN

Attorneys for Defendant
BAYSIDE SOLUTIONS, INC.


Dated: July 31, 2014                           THE THIERMAN LAW FIRM
                                               ERIC M. EPSTEIN, APC


*/s/ Eric M. Epstein*
ERIC M. EPSTEIN

Attorney for Plaintiffs
JAMES WARREN ASH, TIMOTHY E. HARRIS, DAVID TROY STREVA, AND TIMOTHY D. BUTLER

## **ORDER**

Based upon the joint stipulation of all parties in the above-captioned case, and good cause appearing, it is hereby ordered that the case be stayed, in its entirety until November 17, 2014. The parties' August 12, 2014 Case Management Conference shall be continued to November 18, 2014 following the completion of mediation. The parties will submit a updated joint status report to the Court by November 3, 2014 advising the Court of the status of the mediation.

**IT IS SO ORDERED.**

Dated:  August 1, 2014

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

Firmwide:127980342.3 080273.1002