1   NATALIE A. PIERCE, Bar No. 191342
     npierce@littler.com
2   KAI-CHING CHA, Bar No. 218738
     kcha@littler.com
3   ROXANNA IRAN, Bar No. 273625
     riran@littler.com
4   LITTLER MENDELSON, P.C.
     650 California Street, 20th Floor
5   San Francisco, California  94108.2693
     Telephone:     415.433.1940
6   Facsimile:     415.399.8490

7   Attorneys for Defendant
     BAYSIDE SOLUTIONS, INC.
8

9   ERIC M. EPSTEIN, Bar No. 64055
     emepstein@aol.com
     ERIC M. EPSTEIN, APC
10   1901 Avenue of the Stars, #1100
     Los Angeles, California  90067-6002
11   Telephone:     310.552.5366
     Facsimile:     310.556.8021
12

13   Attorneys for Plaintiffs
     JAMES WARREN ASH, TIMOTHY E. HARRIS,
     DAVID TROY STREVA, TIMOTHY D. BUTLER
14

15   *[Counsel Of Record Continued On Following Page]*

16               UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19

20   JAMES WARREN ASH, TIMOTHY E.
     HARRIS, DAVID TROY STREVA, AND
21   TIMOTHY D. BUTLER, on behalf of
     themselves, the general public, and all others
22   similarly situated,

23               Plaintiffs,

24       v.

25   BAYSIDE SOLUTIONS, INC., a California
     corporation, and DOES 1 through 100,
26   inclusive,

27              Defendants.

28

Case No.  3:14-cv-02183-WHO

**JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING LAWSUIT PENDING COMPLETION OF MEDIATION**

1

2   Mark R. Thierman, SBN 72913
    Joshua D. Buck, SBN 258324
3   Thierman Law Firm
    7287 Lakeside Drive
4   Reno, NV 89511
    775/284-1500
5

6   Attorneys for Plaintiffs
    JAMES WARREN ASH, TIMOTHY E. HARRIS,
7   DAVID TROY STREVA, AND TIMOTHY D.
    BUTLER
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiffs JAMES WARREN ASH, TIMOTHY E. HARRIS, DAVID
2    TROY STREVA, and TIMOTHY D. BUTLER (collectively, "Plaintiffs") filed a Complaint for
3    Damages, Penalties, and Restitution ("Complaint") against Defendant BAYSIDE SOLUTIONS,
4    INC. ("Bayside") in Alameda Superior Court on April 8, 2014;

5    WHEREAS, Bayside was served with the Summons and Complaint on April 11,
6    2014;

7    WHEREAS, Bayside removed this lawsuit to the United States District Court,
8    Northern District of California on May 12, 2014;

9    WHEREAS, in the interest of efficiency and economy, the Parties agree that there is
10   merit in pursuing an early mediation of all issues between the parties;

11   WHEREAS, a case management conference is scheduled for November 18, 2014;

12   WHEREAS, the parties have agreed to voluntarily mediate this lawsuit and have
13   already secured a commitment with respected mediator Michael J. Loeb, Esq. to conduct mediation
14   on November 3, 2014;

15   WHEREAS, in order to have effective discussions and mediate this case, the parties
16   have agreed to an informal exchange of discovery regarding Plaintiffs' claims and Defendant's
17   defenses;

18   WHEREAS, the parties want to engage in the mediation process without the litigation
19   burdens associated with formal discovery and motion practice and have further agreed to seek a stay
20   of the lawsuit in its entirety in an effort to conserve the resources of both the Court and the parties
21   pending the completion of mediation;

22   WHEREAS, the parties have agreed that the aforementioned stay shall encompass the
23   parties' November 18, 2014 Case Management Conference and the joint case management
24   statement;

25   WHEREAS, the parties agree to continue the case management conference, currently
26   scheduled for November 18, 2014 to December 2, 2014 and file an updated joint status report with
27   the Court on or before November 18, 2014, advising the Court of the status of the mediation and
28   whether the parties believe the stay should be continued;

1    WHEREAS, the parties request is not made for the purpose of delay or any other

2  improper purpose.

3    THEREFORE, in light of the parties' agreement to proceed to mediation and in an

4  effort to minimize costs, the parties stipulate and agree as follows:

5    1.    The above-captioned lawsuit shall be stayed, in its entirety to December 2,

6  2014;

7    2.    The parties' November 18, 2014 Case Management Conference shall be

8  continued to December 2, 2014;

9    3.    The parties will submit an updated joint status report to the Court by

10  November 18, 2014 advising the Court of the status of the mediation and whether the parties believe

11  the stay should be continued.

12    IT IS SO STIPULATED.

13  Dated: September 15, 2014                    LITTLER MENDELSON, P.C.

14

15                                              /s/ Kai-Ching Cha
                                                NATALIE A. PIERCE
16                                              KAI-CHING CHA
                                                ROXANNA IRAN
17

18                                              Attorneys for Defendant
                                                BAYSIDE SOLUTIONS, INC.

19

20

21  Dated: September 15, 2014                    ERIC M. EPSTEIN, APC

22

23                                              /s/ Eric M. Epstein
24                                              ERIC M. EPSTEIN

25                                              Attorney for Plaintiffs
                                                JAMES WARREN ASH, TIMOTHY E.
26                                              HARRIS, DAVID TROY STREVA, AND
                                                TIMOTHY D. BUTLER
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the joint stipulation of all parties in the above-captioned case, and good cause appearing, it is hereby ordered that the case be stayed, in its entirety, to December 2, 2014. The parties' November 18, 2014 Case Management Conference shall be continued to December 2, 2014.  The parties will submit an updated joint status report to the Court by November 18, 2014 advising the Court of the status of the mediation and whether the parties believe the stay should be continued.

**IT IS SO ORDERED.**

Dated:  September 25, 2014

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

Firmwide:129005910.1 080273.1002

---

**JOINT STIP AND ORDER CONTINUING CMC AND STAYING LAWSUIT PENDING COMPLETION OF MEDIATION**                     3.                     **CASE NO. 3:14-cv-02183-WHO**