UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WARREN ASH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BAYSIDE SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 14-cv-02183-WHO<br><br>**ORDER GRANTING JOINT MOTION FOR AN ORDER APPROVING SETTLEMENT OF PLAINTIFFS' FLSA CLAIMS**<br><br>Re: Dkt. No. 50 |

The parties' Joint Motion for an Order Approving Settlement of Plaintiffs' FLSA Claims and Dismissal of the Action in its Entirety with Prejudice (hereinafter "Motion") came on regularly for hearing on September 9, 2015 in the United States District Court for the Northern District of California, the Honorable William H. Orrick presiding. All parties were represented by counsel.

Having considered the memoranda and declarations, the Stipulation and Settlement Agreement signed by all the parties, the arguments of counsel, and the relevant statutory and case law, the Court GRANTS the parties' Motion and finds and orders as follows:

1. The Court has read the parties' Stipulation and Settlement Agreement in its entirety, and finds that the parties' Stipulation and Settlement Agreement is fair, reasonable, and adequate.

2. The content of the Stipulation and Settlement Agreement is expressly adopted and incorporated by reference in this Order. The parties are directed to implement and consummate the Stipulation and Settlement Agreement in accordance with its terms.

3. The claims of Named Plaintiffs James Warren Ash, Timothy E. Harris, David Troy Streva, and Timothy D. Butler, and Opt-In Plaintiffs Adam Linke, Giovanni Javier, Sandra Javier, Jeffrey Belton, Robert Sillas, Teresa Lam, and David Andrew (collectively, "Plaintiffs") are hereby DISMISSED in their entirety WITH PREJUDICE. Plaintiffs are permanently enjoined

from prosecuting against Defendant any of the claims released under the parties' Stipulation and Settlement Agreement.

4. All other claims, including the asserted class claims, are dismissed WITHOUT PREJUDICE.

5. Plaintiffs' attorneys' fees in the amount of $85,072 and costs in the amount of $25,526 are reasonable and are hereby approved.

6. Without affecting the finality of this action, the Court will retain exclusive and continuing jurisdiction to enforce the Stipulation and Settlement Agreement.

7. Neither this Order nor any other documents or information relating to the settlement in this action shall constitute, be construed to be, or be admissible in any proceeding as evidence: (1) that any group of similarly-situated or other employees may maintain a collective action under the Fair Labor Standards Act or a class action under Rule 23 of the Federal Rules of Civil Procedure, or comparable state law or rules, including but not limited to California Code of Civil Procedure section 382; (2) of any adjudication of the merits of this case or that any party has prevailed in this case; or (3) that Defendant or others engaged in any wrongdoing.

**IT IS SO ORDERED**.

Dated: September 10, 2015



WILLIAM H. ORRICK
United States District Judge